UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:17cv06110 DDP (PLAx) | Date: May 19, 2025 |
| Title *DIRECTV, LLC v. E&E ENTERPRISES GLOBAL, INC.* | |

Present: The Honorable: **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)**

The Court previously ordered the parties to show cause why the stay should not be lifted. Dkt. 66. In Plaintiff's response, Plaintiff represented that "[i]f E&E's counsel does not appear, then, within 60 days [from the Court's order] DIRECTV will file either (a) a dismissal of its claims against E&E (thereby resulting in dismissal of this case in its entirety), or (b) an application for entry of default against E&E, on the grounds that E&E not retained new counsel and defend this action." See Dkt. 67. The Court lifted the stay November 25, 2024. Dkt. 68. To date, Plaintiff has not filed a dismissal or sought default. Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute within 21 days of this order. The filing of a voluntary dismissal will be deemed a response to this order and no further action will be necessary.

| | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |