JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E&E ENTERPRISES GLOBAL, INC.,<br><br>　　　　Defendant. | Case No.: 2:17-CV-6110-DDP (PLAx)<br><br>**ORDER DISMISSING ACTION** |
| E&E ENTERPRISES GLOBAL, INC.,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>DIRECTV, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>　　　　Counter-Defendant. | |

///

///

///

**ORDER**

Having reviewed Plaintiff DIRECTV's Notice of Dismissal, and having previously struck Defendant E&E Enterprises Global, Inc.'s answer and counterclaims (*see* ECF No. 70 at 1), the Court hereby dismisses this action in its entirety, without prejudice.

**IT IS SO ORDERED.**

DATED: May 22, 2025

_____
Hon. Dean D. Pregerson
U.S. District Judge